## 05-15-01493-CV

Trial Court No: CI15-070

Court of Appeals No:

CAROLINE D. COOK /APPELLEE

vs.

MICHAEL GAY COOK /APPELLANT

IN THE COUNTY COURT AT LAW

ROCKWALL COUNTY, TEXAS

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/7/2015 12:18:57 PM
LISA MATZ
Clerk

### DOCKETING CERTIFICATE

THE RECORDS OF THIS OFFICE SHOW THAT:

(1) JUDGMENT WAS ENTERED AGAINST DEFENDANT, MICHAEL GAY COOK, ON NOVEMBER 30, 2015.

(2) THE HONORABLE J. BRIAN WILLIAMS PRESIDED.

(4) APPELLANT NAME: MICHAEL GAY COOK

(5) COUNSEL FOR APPELLANT:    KERRY L. PRISOCK


WITNESS MY HAND AND SEAL ON THIS THE __7__ DAY OF DECEMBER, 2015.


SHELLI MILLER
ROCKWALL COUNTY CLERK

BY _____

ANGELA ENDICOTT, DEPUTY CLERK